IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| CANDACE E. ALSTON,<br><br>Plaintiff,<br><br>v.<br><br>HSBC CARD SERVICES INC.,<br><br>Defendant. | Civil Action No. _____ |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, HSBC Card Services Inc. ("HSBC" or "Defendant"), hereby files this Notice of Removal to remove the above captioned civil action, and all claims and causes of actions therein, from the District Court of Maryland for Prince George's County to the United States District Court for the District of Maryland. This action is removable pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. As grounds for removal, Defendant states the following:

1.  On or about July 10, 2012, Plaintiff, Candace E. Alston, commenced the underlying state court action, captioned <u>Candace E. Alston v. HSBC Card Services Inc.</u>, Case No. 050200167262012 (the "State Court Action"), by filing a Complaint in the District Court of Maryland for Prince George's County, Maryland (the "Complaint").

2.  Pursuant to 28 U.S.C. §1446(a) and Local Rule 103(5)(a), a copy of the Complaint and the Summons directed to the Defendant are attached as Exhibits A and B hereto. No other process, pleadings, or orders have been served on the Defendant in the State Court Action.

3.  The Summons and Complaint in the State Court Action were served on HSBC's registered agent on August 14, 2012.

4. This Notice of Removal is therefore timely filed within thirty days after service of the Complaint. See 28 U.S.C. § 1446(b).

5. The Complaint in the State Court Action purports to assert, among other claims, a claim against Defendants for alleged violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§1681 et seq.(See Compl. ¶¶ 10-13).

6. Accordingly, this Court has subject matter jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because the State Court Action includes claims arising under the laws of United States, namely, the FCRA.

7. This action is removable to this Court pursuant to 28 U.S.C. § 1441 as Plaintiff's claim involves a federal question.

8. This Court is the United States District Court for the district within which the State Court Action is pending. Accordingly, this action is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

9. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly filed with the Clerk for the Maryland District Court for Prince George's County and served on the Plaintiff. A copy of the Notice of Filing of Notice of Removal is attached as Exhibit C (without attachments).

10. In filing this Notice of Removal, the Defendant reserves any and all defenses, objections, and exceptions, including without limitation those relating to jurisdiction, service, venue, and statute of limitations.

WHEREFORE, notice is given that the State Court Action is removed from the Maryland District Court for Prince George's County to the United States District Court for the District of Maryland.

Respectfully submitted,

_____
Zeenat A. Iqbal (18267)
Stradley Ronon Stevens & Young, LLP
1250 Connecticut Avenue, N.W., Suite 500
Washington, DC  20036
(202) 822-9611
(202) 822-0140 (fax)
ziqbal@stradley.com

*Attorneys for Defendant,
HSBC Card Services Inc.*

Date: September 12, 2012

## CERTIFICATE OF SERVICE

I, Zeenat A. Iqbal, hereby certify that the foregoing Notice of Removal and accompanying exhibits was served via First Class U.S. Mail, postage pre-paid, upon the following:

>Candace E. Alston
>10012 Cedarhollow Lane
>Largo, Maryland 20774
>*Plaintiffs (appearing Pro Se)*

_____
Zeenat A. Iqbal

Date: September 12, 2012