IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY
(Civil Division)

| | |
|---|---|
| **CANDACE E. ALSTON**<br>10012 Cedarhollow Lane<br>Largo, MD 20774<br><br>      Plaintiff,<br><br>v.<br><br>**HSBC CARD SERVICES INC.**<br>2700 Sanders Road<br>Prospect Heights, IL 60070<br><br>Serve:  The Corporation Trust Incorporated<br>         351 West Camden Street<br>         Baltimore, MD 21201<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. _____<br>) ~~JURY TRIAL DEMANDED~~<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

COMES NOW the Plaintiff, Candace E. Alston, (hereafter the "Plaintiff") and for her complaint against the Defendant HSBC Card Services Inc ("HSBC") and alleges as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages, costs and attorney's fees brought pursuant to the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* ("FCRA"), and the Miscellaneous Consumer Protection Provisions, Md. Code §14-202 *et seq.* (MCPP).

### PARTIES

2. The plaintiff is a natural person and resides in Largo, Maryland. She is a "consumer" as defined by the FCRA, 15 U.S.C. §1681a(c) and MCPP, Md. Code §14-1201(c).

3. Defendant HSBC is a credit card company and is a "person" within the meaning of the FCRA, 15 U.S.C. §1681a(b) and the MCPP, Md. Code §14-1201(j).

## FACTS

4. On July 11, 2011 Ms. Alston obtained her credit report from Experian and discovered that on December 21, 2009 HSBC pulled her credit report without a permissible purpose.

5. Ms. Alston does not have a credit card account with HSBC.

6. During the time period between December 21, 2009 and July 11, 2011 Ms. Alston did not receive any offer of credit from HSBC.

7. Ms. Alston never applied for credit with HSBC.

8. Upon information and belief HSBC did not make a firm offer of credit to Ms. Alston.

## COUNT ONE: VIOLATIONS OF FCRA

9. Plaintiff realleges and incorporates paragraphs 1 through 8 above as if fully set out herein.

10. Defendant HSBC violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by U.S.C. §1681b(a).

11. As a result of conduct, actions and inactions of HSBC, the Plaintiff suffered actual damages including without limitation, by example only and as described herein by Plaintiff: credit repair costs, loss of credit, damage to reputation, embarrassment, humiliation and other emotional and mental distress.

12. HSBC's conduct, actions and inactions were willful, rendering HSBC liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. §1681n. In the alternative, HSBC was negligent, entitling the Plaintiff to recover under 15 U.S.C. §1681o.

13. The Plaintiff is entitled to recover actual damages, statutory damages, costs and attorneys' fees from HSBC in an amount to be determined by the Court pursuant to 15 U.S.C. §1681n and §1681o.

## COUNT TWO: VIOLATIONS OF MCPP

14. Plaintiff realleges and incorporates paragraphs 1 through 13 above as if fully set out herein.

15. Defendant HSBC violated Md. Code §14-1202(a) by obtaining Plaintiff's consumer report without a permissible purpose.

16. As a result of conduct, actions and inactions of HSBC, the Plaintiff suffered actual damages including without limitation, by example only and as described herein by Plaintiff: credit repair costs, loss of credit, damage to reputation, embarrassment, humiliation and other emotional and mental distress.

17. HSBC's conduct, actions and inactions were willful, rendering HSBC liable for punitive damages in an amount to be determined by the Court pursuant to Md. Code §14-1213(a). In the alternative, HSBC was negligent, entitling the Plaintiff to recover under Md. Code §14-1213(b).

18. The Plaintiff is entitled to recover actual damages, statutory damages, costs and attorneys' fees from HSBC in an amount to be determined by the Court pursuant to Md. Code §14-1213(a) and §14-1213(b).

WHEREFORE, your Plaintiff demands judgment for actual and punitive damages against HSBC Card Services.; for her attorney's fees and costs; for prejudgment and post-judgment interest at the legal rate, and such other relief as the Court deems just, equitable and proper.

~~TRIAL BY JURY IS DEMANDED.~~

CANDACE E. ALSTON

By _/s/ Candace Alston_

Candace E. Alston
10012 Cedarhollow Lane
Largo, MD 20774
(240) 432-0927