IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| CANDACE ALSTON,<br>Plaintiff,<br>v.<br>HSBC CARD SERVICES INC., | Civil Action No. 12-cv-02732-RWT |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF CLAIMS ASSERTED AGAINST DEFENDANT HSBC CARD SERVICES, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated by and among Plaintiff, Candace Alston ("Plaintiff"), and Defendant HSBC Card Services, Inc. ("HSBC") that all claims asserted by Plaintiff against HSBC are DISMISSED WITH PREJUDICE, with each party to bear their own costs.

_____
Candace Alston
10012 Cedarhollow Lane
Largo, Maryland 20774

*Pro Se Plaintiff*

*A copy of the signature page bearing an original signature is attached hereto.

/s/ Zeenat A. Iqbal
Zeenat A. Iqbal (No. 18267)
Stradley Ronon Stevens & Young, LLP
1250 Connecticut Avenue, N.W., Suite 500
Washington, DC 20036
(202) 822-9611
(202) 822-0140 (fax)
ziqbal@stradley.com

*Attorney for Defendant,
HSBC Card Services, Inc..*

APPROVED AND SO ORDERED:

_____ 11/5/12
Honorable Judge Roger W Titus
United States District Judge